## Commonwealth v. Jordan, Appellant.

Submitted December 2, 1974. *David Zwanetz,* for appellant; *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J.*

*Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Order affirmed. Appellant Elvin Jordan is granted leave to file a direct appeal, *nunc pro tunc,* from the May 21, 1968 order of resentence by Judge Samuel H. ROSENBERG, within thirty (30) days of the date hereof.